PROB 12C
(6/16)

Report Date: January 29, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Delbert Lloyd      Case Number: 0980 2:13CR02086-TOR-1

Address of Offender:      Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 24, 2015

Original Offense:      Possession of Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:      Prison - 96 months      Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:      Thomas J. Hanlon      Date Supervision Commenced: April 18, 2019

Defense Attorney:      Federal Defender's Office      Date Supervision Expires: April 17, 2022

## PETITIONING THE COURT

**To issue a <u>WARRANT</u>.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release form imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

                **Supporting Evidence**: John Lloyd violated mandatory condition number 3 by unlawfully possessing and consuming a controlled substance, methamphetamine, since on or about January 28, 2020.

                Mr. Lloyd submitted a positive urine test for methamphetamine while attending intensive inpatient treatment at the James Oldham Treatment Center on January 28, 2020. Mr. Lloyd told the treatment facility staff he brought the methamphetamine, an illegal narcotic, with him into the facility when he entered on January 20, 2020.

                On April 19, 2019, John Lloyd signed his judgment for case number 2:13CR02086-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Lloyd was made aware by his U.S. probation officer that he may not possess illegal controlled substances.

2      **Special Condition #16**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. Defendant shall contribute to the cost of treatment according to your ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: John Lloyd violated special condition number 16 by failing to successfully complete his recommended level of chemical dependency treatment by being terminated from inpatient treatment on January 28, 2020.

Mr. Lloyd submitted a positive urine test for methamphetamine while attending intensive inpatient treatment at the James Oldham Treatment Center on January 28, 2020. Mr. Lloyd told the treatment facility staff he brought the methamphetamine, an illegal narcotic, with him into the facility when he entered on January 20, 2020. Mr. Lloyd was terminated from the treatment program for violating treatment facility rules on January 28, 2020.

On April 19, 2019, John Lloyd signed his judgment for case number 2:13CR02086-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Lloyd was made aware by his U.S. probation officer that he must enter into and successfully complete any level of recommended chemical dependency treatment while on supervised release.

3      **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: John Lloyd violated special condition number 15 by consuming an illegal controlled substance, methamphetamine, on or about January 28, 2020.

Mr. Lloyd was directed to provide a urine test at the James Oldham Treatment Center in Buena, Washington. The sample tested positive for methamphetamine. Mr. Lloyd told staff he brought the methamphetamine to the facility with him to consume. Mr. Lloyd was terminated from intensive inpatient treatment for introducing illicit drugs into the facility, in violation of treatment rules.

On April 19, 2019, John Lloyd signed his judgment for case number 2:13CR02086-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Lloyd was made aware by his U.S. probation officer that he may not use illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/29/2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*

Signature of Judicial Officer

January 29, 2020

Date