PROB 12C
(6/16)

Report Date: May 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Delbert Lloyd                Case Number: 0980 2:13CR02086-TOR-1

Address of Offender:                       , Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 24, 2015

Original Offense:        Possession of Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:       Prison - 96 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon               Date Supervision Commenced: April 18, 2019

Defense Attorney:        Federal Defender's Office      Date Supervision Expires: April 17, 2022

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/29/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: John Lloyd violated standard condition number 6 by failing to notify U.S. Probation of a change in residence since on or about May 20, 2020. |
| | On May 27, 2020, the undersigned officer made contact with the president of the clean and sober house where Mr. Lloyd had been approved to reside. He informed the undersigned Mr. Lloyd had removed all his belongings from the house on or about May 20, 2020. |
| | The undersigned officer has made numerous telephone calls and sent texts messages to Mr. Lloyd's listed number with no response. On May 27, 2020, the undersigned officer spoke with Mr. Lloyd's mother. She stated Mr. Lloyd has been in the Yakima, Washington, area for the past 2 weeks; however, she did not know his current whereabouts. As of the date of this report, Mr. Lloyd has failed to notify U.S. Probation of a change in address |
| | On April 19, 2019, John Lloyd signed his judgment for case number 2:13CR02086-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Lloyd was |

Prob12C
Re: Lloyd, John Delbert
May 27, 2020
Page 2

        made aware by his U.S. probation officer that he must notify U.S. Probation of any address change.

5      **Special Condition #16**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: John Lloyd violated special condition number 16 by failing to attend his chemical dependency treatment as directed by his treatment provider on May 5, 11, 12, 19, 21, and 26, 2020.

        Mr. Lloyd entered his intensive outpatient treatment on April 23, 2020, after successfully completing intensive inpatient treatment. Mr. Lloyd has failed to comply with his outpatient treatment requirements due to numerous missed sessions. Mr. Lloyd failed to attend his group treatment session on May 5, 11, 12, 19, 21, and 26, 2020. Mr. Lloyd failed to attend his one-on-one session on May 26, 2020, as directed.

        On April 19, 2019, John Lloyd signed his judgment for case number 2:13CR02086-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Lloyd was made aware by his U.S. probation officer that he must enter into and successfully complete any level of recommended chemical dependency treatment while on supervised release.

6      **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: John Lloyd violated special condition number 15 by failing to submit to urinalysis testing as directed on May 18, 2020.

        Mr. Lloyd called the undersigned officer on May 18, 2020, to say he may not be able to make it back to Spokane, Washington, for his urinalysis test. Mr. Lloyd stated he was in Yakima, Washington, and was attempting to get back for the urinalysis test. Mr. Lloyd was directed to report for his urine test as he should not have been in Yakima. Mr. Lloyd failed to report for his urine test on May 18, 2020, as directed.

        On April 19, 2019, John Lloyd signed his judgment for case number 2:13CR02086-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Lloyd was made aware by his U.S. probation officer that he must submit to urine testing as directed while on supervised release.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

Prob12C
**Re: Lloyd, John Delbert**
**May 27, 2020**
**Page 3**

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Executed on: | May 27, 2020 |
|  | s/Patrick J. Dennis |
|  | Patrick J. Dennis<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
Chief United States District Judge

May 28, 2020
Date