# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lloyd, John Delbert | Docket No. | 0980 2:13CR02086-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Patrick J. Dennis, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John Delbert Lloyd, who was placed under pretrial release supervision by the Honorable Mary K. Dimke, U.S. Magistrate Judge, sitting in the Court at Yakima, Washington, on the 20th day of July 2020 under the following conditions:

**Special Condition #3:** Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain Defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: John Lloyd is alleged to have violated his Court ordered GPS confinement and home detention by removing the GPS device and absconding from supervision on August 7, 2020.

On July 27, 2020, Mr. Lloyd reported to the probation office at which time the GPS Location Monitoring System was installed on his right leg. Mr. Lloyd review and signed the Location Monitoring Agreement form acknowledging his understanding of the program rules.

On August 7, 2020, the undersigned officer was notified by email notification that there had been a strap tamper alert regarding his monitoring device. The undersigned called Mr. Lloyd's listed number and was notified by his mother that Mr. Lloyd had removed the GPS device from his ankle, packed his belongings, and left the residence. She indicated the GPS device was on her kitchen table. She stated she did not know how to reach Mr. Lloyd as she did not have his new cellular telephone number.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| by | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   August 10, 2020 |
| | s/Patrick J. Dennis |
| | Patrick J. Dennis
U.S. Pretrial Services Officer |

PS-8

Re: Lloyd,, John Delbert
August 10, 2020
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

8/10/2020

Date