PROB 12C
(6/16)

Report Date: August 17, 2020

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Delbert Lloyd | Case Number: 0980 2:13CR02086-TOR-1 |

Address of Offender: 406 Erickson Lane, Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 24, 2015

| | |
|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) |
| Original Sentence: | Prison - 96 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: April 18, 2019 |
| Defense Attorney: |  Jeremy B. Sporn |
| | Date Supervision Expires: April 17, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/29/2020, and 05/27/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: John Lloyd is alleged to have violated mandatory condition number 2 as he was arrested for brandishing a deadly weapon on May 29, 2020, in Toppenish, Washington. |
| |  According to the Toppenish Police Department report dated May 29, 2020, John Lloyd was contacted after a report of a man brandishing a knife and swinging it at the three female victims. Mr. Lloyd admitted to the police that he was in fact swinging a knife at the victims, but he claimed it was in self defense.  Mr. Lloyd was arrested on his outstanding warrant and cited for Displaying a Weapon, in violation of R.C.W 9.41.270. |
| | On April 19, 2019, John Lloyd signed his judgment for case number 2:13CR02086-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Lloyd was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime. |

Prob12C
**Re: Lloyd, John Delbert**
**August 17, 2020**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/17/2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other:  All pending alleged violations will be addressed at the Revocation hearing scheduled for 9/10/2020 at 1:30 p.m.

Thomas O. Rice
United States District Judge

August 17, 2020
Date